Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

Paul F. Strain
M. King Hill, III
David J. Heubeck
VENABLE LLP
750 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 244-7400

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
IN RE:                                                            :
Fosamax Products Liability Litigation      :     1:06-md-1789 (JFK)
                                                                    :
------------------------------------------------------x
*This Document Relates to:*                      :     **NOTICE OF APPEARANCE**
Jose Escobar                                            :
v. Merck & Co., Inc.                                :
                                                                    :
Case No: 1:08-cv-04104-JFK                   :
------------------------------------------------------x

      PLEASE TAKE NOTICE that David J. Heubeck hereby enters his appearance as counsel of record in the above referenced causes of action. All inquiries, pleadings and court documents should be filed and served upon the undersigned.

Dated: June 5, 2008
      New York, New York                    Respectfully submitted,


                                                                 By: _____/s/_____
                                                                     David J. Heubeck


                                                                     Venable LLP
                                                                     750 E. Pratt Street, Suite 900
                                                                     Baltimore, Maryland 21202
                                                                     Tel:  (410) 244-7731
                                                                     Fax:  (410) 244-7742
                                                                     Email: djheubeck@venable.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 5, 2008, the foregoing NOTICE OF APPEARANCE was filed electronically and served electronically, pursuant to the Court's Case Management Order, via the Court's CM/ECF system.

                                              /s/
                              David J. Heubeck

                              Venable LLP
                              750 E. Pratt Street, Suite 900
                              Baltimore, Maryland 21202
                              Tel:  (410) 244-7731
                              Fax:  (410) 244-7742
                              Email: djheubeck@venable.com